**No. 38966.**—Protest 946846–G of Moscahlades Bros., Inc. (New York).

Opinion by EVANS, J. On the record presented the origan in question was held free of duty as crude vegetable substances under paragraph 1722 as claimed.

BEFORE THE SECOND DIVISION, JULY 7, 1938

**No. 38967.**—Protests 507620–G, etc., of S. Blumenthal & Co. et al. (New York).

Opinion by TILSON, J. It was found from the record that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38968.**—Protest 447451–G of Richard Shipping Corp. (New York).

Opinion by TILSON, J. It was established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.